Louis E. FINLAY, Petitioner,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, Respondent.

No. D–2792.

Supreme Court of Texas.

Feb. 3, 1993.

Rehearing Overruled April 21, 1993.

Ellen Finlay, Ronald E. Cook, Houston, for petitioner.

David Groveman, Nick Turner, Houston, for respondent.

DISSENTING OPINION TO ORDER DENYING APPLICATION FOR WRIT OF ERROR AS IMPROVIDENTLY GRANTED

DOGGETT, Justice, dissenting.

For the reasons set forth in my opinion today in *Havner v. E–Z Mart Stores, Inc.,* I dissent from the decision to withdraw as improvident the court's order of December 31, 1992, granting the application for writ of error.

GAMMAGE and SPECTOR, JJ., join in this dissenting opinion.